UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

ANDREW CORMIER,

                Defendant.

CASE NO. MJ26-046

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with failure to report arrival of vehicle. The Court finds Defendant is a serious risk to flee and detention is appropriate. First  the government alleges Defendant crossed the Canada - United States border in the early hours of the morning. The manner in which Defendant drove and the timing and location of his actions indicate erratic and unstable behavior. Defendant has few ties to the area. He lives in his car and has been in the area about seven months. He has lived in various states as evidenced by his criminal history. He has an outstanding warrant for failing to respond to a summons. He indicates he has a sister in Whatcom

DETENTION ORDER - 1

county but there is no information indicating she has any ties to Defendant, is supportive of release or willing to offer him a place to live.

It is therefore **ORDERED**:

(1)      Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)      Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)      On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)      The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 20th day of January, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2